UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREGORY KOVE,

        Plaintiff(s),

v.

GROUP LONG TERM DISABILITY PLAN FOR
EMPLOYEES OF OLD REPUBLIC TITLE HOLDING
COMPANY INC. AND HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY,
        Defendant(s).

CASE NO. CV11-03510 LHK

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓  Private ADR *(please identify process and provider)*  ADR Services
Mediator Denise Madigan

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓  other requested deadline  Mediation set for December 20, 2011 in Los Angeles

Dated: September 27, 2011

                                  Corinne Chandler
                                  Attorney for Plaintiff GREGORY KOVE

Dated: September 27, 2011

                                  Attorney for Defendants GROUP LONG TERM
                                  DISABILITY PLAN FOR EMPLOYEES OF OLD
                                  REPUBLIC TITLE HOLDING COMPANY INC. AND
                                  HARTFORD LIFE AND ACCIDENT INSURANCE
                                  COMPANY

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated: November 3, 2011

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE