UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GREGORY KOVE,<br><br>        Plaintiff,<br><br>v.<br><br>GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF OLD REPUBLIC TITLE HOLDING COMPANY, INC. AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>        Defendants. | Case No. CV11-03510 LHK<br><br>**(PROPOSED) ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO PERMIT PARTIES TO PARTICIPATE IN DECEMBER 20 MEDIATION, OR ALTERNATIVE REQUEST FOR BOTH COUNSEL TO APPEAR TELEPHONICALLY AT CONFERENCE** |

Having reviewed the Stipulation to Continue the Case Management Conference set for November 22, 2011, based on the parties' mediation scheduled for December 20, and good cause appearing, the Court hereby continues the Case Management Conference to January 18, 2012 at 2:00 p.m. The Court grants the parties' joint request to participate in the Conference by telephone. The parties are directed to contact Court Call Phone Conferencing at (866) 582-6878 in advance of the hearing to arrange for the telephonic appearance. The Case Management Statement must be e-filed one week in advance of the Conference.

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-5339-5211 v1

2329784_1

- 1 -

CASE NO. CV11-03510 LHK
(PROPOSED) ORDER RE STIP. TO CONT.
CMC OR ALT FOR TEL. APPEARANCE

| | |
|---|---|
| Dated: November 3, 2011 | _____/s/ Lucy H. Koh_____ |
| | JUDGE, UNITED STATES DISTRICT COURT |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-5339-5211 v1

- 2 -

CASE NO. CV11-03510 LHK
(PROPOSED) ORDER RE STIP TO CONT.
CMC OR ALT FOR TEL. APPEARANCE

2329784_1