UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GREGORY KOVE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF OLD REPUBLIC TITLE HOLDING COMPANY, INC. AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. CV11-03510 LHK<br><br>(~~PROPOSED~~) ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

IT IS HEREBY ORDEREd that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

DATED: January 3, 2012

_Lucy H. Koh_
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4842-3012-8398 v1

- 1 -

CASE NO. CV11-03510 LHK
(~~PROPOSED~~) ORDER RE STIP. FOR DISMISSAL OF ENTIRE ACTION

2329784_1