1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11   GREGORY KOVE,                          Case No.  CV11-03510 LHK

12              Plaintiff,                   (PROPOSED) ORDER RE
                                             STIPULATION FOR DISMISSAL OF
13   v.                                      ENTIRE ACTION WITH
                                             PREJUDICE
14   GROUP LONG TERM
     DISABILITY PLAN FOR
15   EMPLOYEES OF OLD REPUBLIC
     TITLE HOLDING COMPANY,
16   INC. AND HARTFORD LIFE AND
     ACCIDENT INSURANCE
17   COMPANY,

18              Defendants.

19

20        IT IS HEREBY ORDEREd that the above-referenced action shall be

21   dismissed in its entirety with prejudice as to all parties.  The parties are to bear their

22   own respective attorneys' fees and costs.

23

24   DATED:  January 3, 2012          _Lucy H. Koh_____

25                                     UNITED STATES DISTRICT JUDGE

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP        LA #4842-3012-8398 v1        - 1 -        CASE NO.  CV11-03510 LHK
ATTORNEYS AT LAW                                             (PROPOSED) ORDER RE STIP. FOR
LOS ANGELES          2329784_1                               DISMISSAL OF ENTIRE ACTION